IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 179

| | |
|---|---|
| EARL DAVID VAUGHT, ) ) Plaintiff ) ) V ) ) HERITAGE HILLS RETIREMENT, ) INC.; EMERITUS CORPORATION; ) GREGORY TAYLOR; and LES ) DOUGLAS, ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the court on Julia M. Ebert's Application for Admission to Practice *Pro Hac Vice* of Ellison F. McCoy. It appearing that Ellison F. McCoy is a member in good standing with the South Carolina State Bar and will be appearing with Julia M. Ebert, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Julia M. Ebert's Application for Admission to Practice *Pro Hac Vice* (#11) of Ellison F. McCoy is **GRANTED**, and that Ellison F. McCoy is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Julia M. Ebert.

Signed: November 15, 2012

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge