IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 179

| | | |
|---|---|---|
| EARL DAVID VAUGHT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| HERITAGE HILLS RETIREMENT, | ) | |
| INC.; EMERITUS CORPORATION; | ) | |
| GREGORY TAYLOR; and LES | ) | |
| DOUGLAS, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on M. Robin Davis' Application for Admission to Practice *Pro Hac Vice* of Sandi R. Wilson. It appearing that Sandi R. Wilson is a member in good standing with the South Carolina State Bar and will be appearing with M. Robin Davis, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that M. Robin Davis' Application for Admission to Practice *Pro Hac Vice* (#28) of Sandi R. Wilson is **GRANTED**, and

that Sandi R. Wilson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with M. Robin Davis.

Signed: June 18, 2013

_____
Dennis L. Howell
United States Magistrate Judge